IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**RICKY ASHLEY**                                                                                           **PLAINTIFF**
**ADC #099718C**

v.                                      CASE NO. 4:20-CV-00725 BSM

**DONALD J. TRUMP**                                                                                **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 11th day of June, 2020.

_____
UNITED STATES DISTRICT JUDGE